## ELLIOTT *against* SANDERSON.

### IN ERROR.

A writ of error will not lie to remove a judgment in the Circuit Court to the Supreme Court, in any case in which the party might have had a remedy by appeal.

THIS record was brought up on a writ of error to the circuit court of Cumberland county, where it was a suit brought by the defendant in error, *Sanderson*, against the plaintiff in error, *Elliott*, and in which a verdict was rendered for the plaintiff below; the defendant filed reasons for a new trial, and made a *motion in arrest of judgment*, which were overruled by the judge who tried the cause, and judgment was entered, whereupon the defendant appealed, in pursuance of the act of assembly; but the appeal not having been entered upon the records of the supreme court, until after the return day for the district, it was quashed. The defendant then sued out this writ of error, which

*Carothers*, for defendant in error, moved to quash, on the ground that a writ of error will not lie to the circuit court, in any case, where the party might have had a remedy by appeal.

*Penrose*, for plaintiff in error.—The error which it is alleged is contained in this record, does not consist in any thing which occurred upon the trial in the circuit court, but other errors manifest upon the face of the record.

*Carothers*, in reply.—The error now alleged would have been a good reason in arrest of judgment, which motion was made and overruled, and the defendant appealed.

Writ of error quashed.